**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 18-13983-AMC

DEANA L GAFFNEY

533 FERN STREET

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEANA L GAFFNEY

    533 FERN STREET

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    DEMETRIUS J. PARRISH
    7715 CRITTENDEN ST
    SUITE 360
    PHILADELPHIA, PA 19118-

                                    /S/ William C. Miller

Date: 9/6/2018                             _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee