United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13983-amc
Deana L. Gaffney                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: jch              Page 1 of 1              Date Rcvd: Sep 10, 2018
                       Form ID: 175            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +Deana L. Gaffney,    533 Fern Street,    Lansdowne, PA 19050-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
        DEMETRIUS J. PARRISH    on behalf of Debtor Deana L. Gaffney djpbkpa@gmail.com,
       djp711@aol.com;r60715@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    VFS Lending JV II, LLC bkgroup@kmllawgroup.com
        STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
       steve@bottiglierilaw.com,    ecfnotice@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                        TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deana L. Gaffney
    Debtor(s)

Case No: 18−13983−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first & second installment for a total amount of $155.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 10/2/18

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 10, 2018

33
Form 175