# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deana L. Gaffney  Debtor  VFS Lending JV II, LLC  Movant  vs.  Deana L. Gaffney  Debtor  William C. Miller Esq.  Trustee | CHAPTER 13  NO. 18-13983 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion to Dismiss of VFS Lending JV II, LLC, which was filed with the Court on or about **October 5, 2018**.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594

October 5, 2018