*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deana L. Gaffney
    Debtor(s)

Case No: 18–13983–amc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the third &
final installment payment for a
total amount of $155.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 11/20/18

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: October 30, 2018

45
Form 175