# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Deane Gaffney                    :            BK No.: 18 – 13983 – amc
                                     :
                                     :

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon review of Debtor's Objection to Proof of Claim No. 2 and any response thereon it is hereby ORDERED and DECREED that said Objection is SUSTAINED. Debtor's debt to Creditor, BSI Financial Services is $70,000 plus the statutory rate of interest on judgments, 6% from July 20, 2017 annually.

_____
Ashely M. Chan, U.S. Bankruptcy Judge