# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Deane Gaffney                :         BK No.: 18 – 13983 – amc
                                 :
                                 :

## **CERTIFICATE OF SERVICE**

I, Demetrius J. Parrish, Jr., counsel for Debtor do hereby certify under penalty of perjury, that on November 12, 2018, I mailed by first class mail or electronic means, a copy of Debtor's Objection to Proof of Claim No.: 2 that was filed in the above-entitled action to the following:

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

BSI Financial Services
1425 Greenway Drive #400
Irving, TX  75038

                                      Respectfully Submitted:

Date:  November 12, 2018              /s/ Demetrius J. Parrish, Jr.
                                      Demetrius J. Parrish, Jr., Esquire
                                      Attorney For Debtors
                                      7715 Crittenden Street, #360
                                      Philadelphia, Pa. 19118
                                      (215) 735 – 3377/(215) 827 – 5420 fax
                                      Email: djpbkpa@gmail.com